UNITED STATES of America,
Appellee,

v.

Ali Abdul–Azez SOFYAN, Appellant.

No. 05–3448.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 18, 2006.

Filed: Oct. 24, 2006.

Sara Elizabeth Fullerton, U.S. Attorney's Office, Lincoln, NE, for Appellee.

Ali Abdul–Azez Sofyan, Terre Haute, IN, pro se.

Michael T. Levy, Omaha, NE, for Appellant.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Ali Abdul–Azez Sofyan appeals the sentence the district court[1] imposed after granting the government's Federal Rule of Criminal Procedure 35(b) motion to reduce Sofyan's sentence for his substantial assistance. On appeal, Sofyan's counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in which counsel makes reference to the extent of the reduction in Sofyan's sentence. We have no jurisdiction, however, to review the extent of the district court's Rule 35(b) sentencing departure, *see United States v. Coppedge*, 135 F.3d 598, 599 (8th Cir.1998) (per curiam), and upon our independent review under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we dismiss this appeal, and we grant defense counsel's motion to withdraw.